AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

KALSHIEX L L C
Plaintiff
v.
LIZ MURRILL , et al.
Defendant

) Civil Action No. 1:26−CV−04476−JE−JPM
) Judge Jerry Edwards, Jr

## SUMMONS IN A CIVIL ACTION

To:
**Kathryn Becnel**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Kathryn Becnel** was received by me on *(date)*________________________________.

- I personally served the summons on **Kathryn Becnel** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

KALSHIEX L L C )
Plaintiff )
v. ) Civil Action No. 1:26−CV−04476−JE−JPM
) Judge Jerry Edwards, Jr
LIZ MURRILL , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Jarrod J Coniglio**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Jarrod J Coniglio** was received by me on *(date)*________________________________.

- I personally served the summons on **Jarrod J Coniglio** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ___________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ ___________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KALSHIEX L L C | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:26−CV−04476−JE−JPM |
| | ) Judge Jerry Edwards, Jr |
| LIZ MURRILL , et al. | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To:
**Christopher B Hebert**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Christopher B Hebert** was received by me on *(date)*________________________________.

- I personally served the summons on **Christopher B Hebert** at *(place)*___________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KALSHIEX L L C<br>Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 1:26−CV−04476−JE−JPM |
| | ) Judge Jerry Edwards, Jr |
| LIZ MURRILL , et al.<br>Defendant | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Miquell M Hennigan**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Miquell M Hennigan** was received by me on *(date)*________________________________.

- I personally served the summons on **Miquell M Hennigan** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KALSHIEX L L C<br>Plaintiff | ) <br>) |
| v. | ) Civil Action No. 1:26−CV−04476−JE−JPM<br>) Judge Jerry Edwards, Jr |
| LIZ MURRILL , et al.<br>Defendant | )<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**Dawn Himel**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Dawn Himel** was received by me on *(date)*________________________________.

- I personally served the summons on **Dawn Himel** at *(place)*____________________________ ______________________________________ on *(date)*_________________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or
- I returned the summons unexecuted because ______________________ __________________________________________; or
- Other *(specify):*

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KALSHIEX L L C | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:26−CV−04476−JE−JPM |
| | ) Judge Jerry Edwards, Jr |
| LIZ MURRILL , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Robert Paul Hodges**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Robert Paul Hodges** was received by me on *(date)*________________________________.

- I personally served the summons on **Robert Paul Hodges** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

KALSHIEX L L C )
Plaintiff )
v. ) Civil Action No. 1:26−CV−04476−JE−JPM
) Judge Jerry Edwards, Jr
LIZ MURRILL , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Claude D Jackson**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Claude D Jackson** was received by me on *(date)*______________________________.

- I personally served the summons on **Claude D Jackson** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

KALSHIEX L L C
Plaintiff
v.

LIZ MURRILL , et al.
Defendant

) Civil Action No. 1:26−CV−04476−JE−JPM
) Judge Jerry Edwards, Jr

**SUMMONS IN A CIVIL ACTION**

To:
**Jeff Landry**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Jeff Landry** was received by me on *(date)*________________________________.

- I personally served the summons on **Jeff Landry** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ___________________________________________ on *(date)* ______________________; or
- I returned the summons unexecuted because ______________________ __________________________________________; or
- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KALSHIEX L L C | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:26−CV−04476−JE−JPM |
| | ) Judge Jerry Edwards, Jr |
| LIZ MURRILL , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Nicholas J Langley**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Nicholas J Langley** was received by me on *(date)*________________________________.

- I personally served the summons on **Nicholas J Langley** at *(place)*___________________________ ______________________________________ on *(date)*________________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or
- I returned the summons unexecuted because ______________________ __________________________________________; or
- Other *(specify)*:

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KALSHIEX L L C | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:26−CV−04476−JE−JPM |
| | ) Judge Jerry Edwards, Jr |
| LIZ MURRILL , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Julie A Lewis**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Julie A Lewis** was received by me on *(date)*________________________________.

- I personally served the summons on **Julie A Lewis** at *(place)*____________________________ ______________________________________ on *(date)*_________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ___________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KALSHIEX L L C | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:26−CV−04476−JE−JPM |
| | ) Judge Jerry Edwards, Jr |
| LIZ MURRILL , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Louisiana Gaming Control Board**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Louisiana Gaming Control Board** was received by me on *(date)*______________________________.

- I personally served the summons on **Louisiana Gaming Control Board** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

KALSHIEX L L C
Plaintiff
v.

LIZ MURRILL , et al.
Defendant

) Civil Action No. 1:26−CV−04476−JE−JPM
) Judge Jerry Edwards, Jr

## SUMMONS IN A CIVIL ACTION

To:
**Liz Murrill**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT — WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Liz Murrill** was received by me on *(date)*________________________________.

- I personally served the summons on **Liz Murrill** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

KALSHIEX L L C )
Plaintiff )
v. ) Civil Action No. 1:26−CV−04476−JE−JPM
) Judge Jerry Edwards, Jr
LIZ MURRILL , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Ronald A Sholes**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Ronald A Sholes** was received by me on *(date)*______________________________.

- I personally served the summons on **Ronald A Sholes** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or
- I returned the summons unexecuted because _____________________ ________________________________________; or
- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KALSHIEX L L C | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:26−CV−04476−JE−JPM |
| | ) Judge Jerry Edwards, Jr |
| LIZ MURRILL , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**LA State Police**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **LA State Police** was received by me on *(date)*________________________________.

- I personally served the summons on **LA State Police** at *(place)*____________________________ ______________________________________ on *(date)*_________________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ________________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ____________________________________________ on *(date)* ______________________; or
- I returned the summons unexecuted because ______________________ ___________________________________________; or
- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

_________________________________
*Server's signature*

_________________________________
*Printed name and title*

_________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KALSHIEX L L C | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:26−CV−04476−JE−JPM |
| | ) Judge Jerry Edwards, Jr |
| LIZ MURRILL , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Ashley Anderson Traylor**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Ashley Anderson Traylor** was received by me on *(date)*________________________________.

- I personally served the summons on **Ashley Anderson Traylor** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KALSHIEX L L C | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:26−CV−04476−JE−JPM |
| | ) Judge Jerry Edwards, Jr |
| LIZ MURRILL , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Robert L Wyatt**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael A Balascio**
**Barrasso Usdin et al (NO)**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/29/2026

/s/ − Daniel J. McCoy

1:26−CV−04476−JE−JPM

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Robert L Wyatt** was received by me on *(date)*______________________________.

- I personally served the summons on **Robert L Wyatt** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc: