**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

KALSHIEX LLC,

Plaintiff,

vs.

LIZ MURRILL, in her official capacity as Attorney General of Louisiana; DAWN HIMEL, in her official capacity as Director of the Louisiana Attorney General Office's Gaming Division; JEFF LANDRY, in his official capacity as Governor of Louisiana; LOUISIANA GAMING CONTROL BOARD; CHRISTOPHER B. HEBERT, in his official capacity as Chairperson of the Louisiana Gaming Control Board; KATHRYN W. BECNEL, in her official capacity as a member of the Louisiana Gaming Control Board; CLAUDE D. JACKSON, in his official capacity as a member of the Louisiana Gaming Control Board; MIQUELL M. HENNIGAN, in her official capacity as a member of the Louisiana Gaming Control Board; NICHOLAS J. LANGLEY, in his official capacity as a member of the Louisiana Gaming Control Board; JULIE A. LEWIS, in her official capacity as a member of the Louisiana Gaming Control Board; ROBERT L. WYATT, in his official capacity as a member of the Louisiana Gaming Control Board; RONALD J. SHOLES, in his official capacity as a member of the Louisiana Gaming Control Board; ASHLEY ANDERSON TRAYLOR, in her official capacity as a member of the Louisiana Gaming Control Board; LOUISIANA STATE POLICE, GAMING ENFORCEMENT DIVISION; ROBERT PAUL HODGES, in his official capacity as Superintendent of the Louisiana State Police and ex-officio member of the Louisiana Gaming Control Board; and JARROD J. CONIGLIO, in his official capacity as Secretary of the Louisiana Department of Revenue and ex-officio member of the Louisiana Gaming Control Board,

Defendants.

Case No. 1:26-cv-04476

JUDGE: JERRY EDWARDS, JR.

MAGISTRATE: JOSEPH H. L. PEREZ-MONTES

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(i)**

NOW INTO COURT, through its undersigned counsel, comes Plaintiff KalshiEX LLC ("Kalshi") who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of the voluntary dismissal, without prejudice, of all claims asserted against Defendants in the above captioned action.

Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Kalshi is entitled to voluntarily dismiss its claims against Defendants without a court order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

WHEREFORE, Kalshi hereby gives notice that all claims against Defendants are voluntarily dismissed without prejudice, with each party to bear its own costs.

[*Remainder of page intentionally left blank.*]

Dated: November 17, 2026

KALSHIEX LLC,

By its Attorneys

*/s/ Andrew L. Porter*

Grant R. Mainland (*pro hac vice*)
Katherine Kelly Fell (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Nicole D. Valente (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
Colleen Roh Sinzdak (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

and

*/s/ Michael A. Balascio*

George C. Freeman, III, 14272
Michael A. Balascio, 33715
**BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.**
909 Poydras Street, Ste. 2350
New Orleans, LA 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701
gfreeman@barrassousdin.com
mbalascio@barrassousdin.com

*Attorneys for Plaintiff KalshiEX LLC*